**Affirmed and Memorandum Opinion filed October 15, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00297-CR

### MICHAEL WAYNE BUNTING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 212th District Court
### Galveston County, Texas
### Trial Court Cause No. 17-CR-3339

## M E M O R A N D U M   O P I N I O N

Appellant Michael Wayne Bunting appeals his conviction for manufacture or delivery of 4–200 grams of methamphetamine. Tex. Health & Safety Code § 481.112(a), (d). Appellant's appointed counsel filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the trial court's judgment is affirmed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.

Do Not Publish — Tex. R. App. P. 47.2(b).